UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NIALL GLEASON, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:15-cv-012-NT ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
|       Defendant | |

### ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 15, 2015, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **VACATED**.

    **SO ORDERED**.

                                          /s/ Nancy Torresen
                                          United States District Judge

Dated this 12th day of November, 2015.